Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
STEPHEN M BURG                                           Case No. 11-36860
LEAH R BURG                                              Account No.  6451


US BANK                                                  STEPHEN M BURG
4801 FREDERICA ST                                        LEAH R BURG
BANKRUPTCY DEPT                                          484 S. OAK GLENN DR
OWENSBORO, KY  42301                                     BARTLETT, IL  60103

                                                         LEEDERS & ASSOC LTD
                                                         20 E JACKSON BLVD #850
                                                         CHICAGO, IL  60604


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on March 12, 2012.


                                             /S/  Marifran Smith
                                             _____
                                             For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on May 17, 2012.


                                             /S/  Marifran Smith
                                             _____
                                             For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888